HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE THE PETITION OF:
HARO, MAHAMUD M.,

    Petitioner.

Case No. 18-cv-1197-RAJ

ORDER

## I. INTRODUCTION

This matter is before the Court on Petitioner's Motion to Dismiss. Dkt. # 21. Plaintiff, having become a U.S. citizen on April 16, 2019, now seeks to dismiss the action and for the Court to delete or remove the court record. Dkt. # 21.

Because Petitioner now has the relief he sought in this case, the case is now moot and will be dismissed. *Foster v. Carson*, 346 F.3d 742,745 (9th Cir. 2003) (court lacks jurisdictions to hear claims that are moot). The Court also denies Petitioner's request to delete or remove the Court record as the general history of access and the public policies favoring disclosure outweighs Petitioner's right to privacy in this matter. *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-78 (9th Cir. 2006).

ORDER – 1

The clerk is directed to close the above-captioned matter.

DATED this 18th day of June, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2